# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 26, 2014

Robert P. Young, Jr.,
Chief Justice

149145

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

TAYLOR MADISON, a minor, by her
next friend LATRESE DICKENS,
         Plaintiff-Appellant,

v

                                     SC: 149145
                                     COA: 312880
                                     Wayne CC: 12-003944-AV

AAA OF MICHIGAN,
         Defendant-Appellee.

_____/

      On order of the Court, the application for leave to appeal the March 13, 2014 judgment of the Court of Appeals is considered and, it appearing to this Court that the case of *Moody v Home Owners Ins Co* (Docket Nos. 149041, 149046) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 26, 2014

Clerk

h0923